**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CARNELIUS MCCALL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

Defendant.

Case No. 8:22-cv-00584-MSS-CPT

The Honorable Mary S. Scriven

**NOTICE OF RESOLUTION**

Defendant Publix Super Markets, Inc. hereby gives notice under Local Rule 3.09 that the parties have reached an agreement in principle to resolve this action.

Dated: June 22, 2023

Respectfully submitted,

*/s/ Joshua C. Webb*

Joshua C. Webb (FBN 51679)
Josh.Webb@hwhlaw.com
Val.Taylor@hwhlaw.com
Hill Ward & Henderson, P.A.
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Tel: (813) 221-3900
Fax: (813) 221-2900

*Attorneys for Defendant*
*Publix Super Markets, Inc.*