**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CARNELIUS MCCALL, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>- against -<br>PUBLIX SUPER MARKETS, INC.,<br>Defendant | 8:22-cv-00584-MSS-CPT<br>Hon. Mary S. Scriven |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carnelius McCall and Defendant Publix Super Markets, Inc., through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated: July 20, 2023

**THE WRIGHT LAW OFFICE, P.A.**

/s/ *Will Wright*

Will Wright
515 N Flagler Dr Ste P-300
West Palm Beach FL 33401
Tel: (561) 514-0904
willwright@wrightlawoffice.com

*Attorneys for Plaintiff*

**JENNER & BLOCK LLP**

/s/ *Alexander M. Smith* (with consent)

Alexander M. Smith
515 South Flower St Ste 3300
Los Angeles CA 90071
Tel: (213) 239-5100
asmith@jenner.com

**HILL WARD & HENDERSON, P.A.**

Joshua C. Webb

101 E Kennedy Blvd Ste 3700
Tampa FL 33602
Tel: (813) 221-3900
josh.webb@hwhlaw.com

*Attorneys for Defendant*